UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STAFFORD FOSTER,<br><br>          Petitioner,<br><br>          v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>          Respondent. | CASE NO. CV 09-8138-ODW (PJW)<br><br>ORDER DISMISSING HABEAS CORPUS PETITION |

Before the Court is a habeas corpus petition, under 28 U.S.C. § 2254, filed by a state prisoner at North Kern State Prison. In it, Petitioner seeks to challenge various restrictions imposed as a result of his increased prison classification score, including:

1. Being placed in a prison cell rather than a dorm,
2. Being barred yard access,
3. Only being allowed to transfer to "Level 2" prison facilities.

(Petition at 3-4.)

A habeas corpus petition is not the proper vehicle for challenging conditions of confinement. The purpose of habeas corpus is to attack the legality of a conviction or the length of a sentence. *See Preiser v. Rodriguez*, 411 U.S. 475, 487-88 (1973); *Crawford v.*

*Bell*, 599 F.2d 890, 891 (9th Cir. 1979).  Prisoners wishing to challenge the conditions of their confinement as a result of an increased prison classification score are required to file a civil rights action.  *See, e.g., Peralta v. Hermans*, 2008 WL 324765, at *2 (E.D. Cal. 2008) (finding a petitioner's claim that his classifications score should be lowered should have been raised in a civil rights action, not a habeas petition).  Because Petitioner is not challenging the validity of his conviction or the length of his confinement he may not proceed in habeas corpus.  For that reason, the Petition is dismissed.[1]

IT IS SO ORDERED.

DATED:    November 19, 2009.

_____
OTIS D. WRIGHT, III
UNITED STATES DISTRICT JUDGE

Presented by

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesFFF692\LA09CV08138ODW-O.wpd

---

[1] The dismissal is without prejudice for Petitioner to file a civil rights action.  If Petitioner chooses to do so, however, he has to file the action in the Eastern District of California, since that is where he is housed, where the actions he complains of took place, and where the individuals he contends violated his rights presumably live.